**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Dering Corp.,** | ) | **CASE NO. 5:05 MC 00028** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| Vs. | ) | |
| | ) | |
| **NexPak Corp., et al.,** | ) | <u>**Order of Withdrawal**</u> |
| | ) | |
| **Defendant.** | ) | |

This Court, having issued its Memorandum of Opinion & Order granting plaintiff The Dering Corporation's Motion to Withdraw Reference Pursuant to 28 U.S.C. § 157(d) (Doc. 1), hereby withdraws plaintiff's Proof of Claim and Request for Allowance and Payment of Administrative Expenses as against NexPak Corporation, from the bankruptcy proceeding styled *In Re: NexPak Corporation, A Delaware Corp., et al.*, Case No. 04-63816 (N.D. Ohio Bkrptcy Ct).

IT IS SO ORDERED.

                                         /s/ Patricia A. Gaughan
                                         PATRICIA A. GAUGHAN
Dated: 6/6/05                      United States District Judge